B1 (Official Form 1)(4/10)                                                                                                                        8/05/10  9:21AM

| United States Bankruptcy Court<br>Eastern District of Virginia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**One Accord Worship Center** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1938140** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**460 Investors Place**<br>**Virginia Beach, VA**<br>ZIP Code **23452** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Virginia Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P. O. Box 62914**<br>**Virginia Beach, VA**<br>ZIP Code **23466** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **1516 Volvo Parkway**<br>**Chesapeake, VA 23320** |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>■ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br>**Unincorporated Association** | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   THIS SPACE IS FOR COURT USE ONLY

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **One Accord Worship Center** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **One Accord Worship Center** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X  /s/ Joseph T. Liberatore VSB**<br>Signature of Attorney for Debtor(s)<br><br>**Joseph T. Liberatore VSB #32302**<br>Printed Name of Attorney for Debtor(s)<br><br>**Crowley, Liberatore & Ryan, PC**<br>Firm Name<br><br>**1435 Crossways Blvd**<br>**Suite 300**<br>**Chesapeake, VA 23320-2896**<br><br>Address<br><br>**(757) 333-4500  Fax: (757) 333-4501**<br>Telephone Number<br><br>**August  4, 2010**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X  /s/ Burnell T. Williams**<br>Signature of Authorized Individual<br><br>**Burnell T. Williams**<br>Printed Name of Authorized Individual<br><br>**Bishop**<br>Title of Authorized Individual<br><br>**August  4, 2010**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

CONSENT OF THE TRUSTEES
OF
ONE ACCORD WORSHIP CENTER

The undersigned, being TRUSTEES (the 'TRUSTEES') of ONE ACCORD WORSHIP CENTER, a Church duly organized unincorporated association under the laws of the Commonwealth of Virginia (the "Church"), and having consent from the TRUSTEES of the action herein, do hereby consent to the adoption of the following resolutions in lieu of a formal meeting:

WHEREAS, it is in the best interest of the Church to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that Bishop Burnell Williams, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Church; and be it further RESOLVED, that Bishop Burnell Williams, as the Overseer of the Church is authorized and directed to appear in all bankruptcy proceedings on behalf of the Church, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Church in connection with such bankruptcy case; and be it further

RESOLVED, that Bishop Burnell Williams, is authorized and directed to employ the law firm of Crowley Liberatore & Ryan, P.C. to represent the Church in such bankruptcy case; and be it further

RESOLVED, that this instrument may be executed in one or more counterparts, including facsimile counterparts, and all such executed counterparts shall contain one agreement, binding on all the parties hereto, notwithstanding that all the parties are not signators to the original or the same counterpart.

WE HEREBY CERTIFY that said resolutions are not inconsistent with the Constitution and Bylaws of the Church, as such documents have been amended from time to time, and that the undersigned are the names of all of the TRUSTEES of the Church.

IN WITNESS WHEREOF, we have hereunto set our hands as of this  4th  day of August, 2010.

BY: */s/ Burnell Williams*       (SEAL)
Printed name:  Burnell Williams, Trustee


BY: */s/ Grace Williams*    (SEAL)
Printed name:  Grace Williams, Trustee

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re **One Accord Worship Center**     Case No. _____

Debtor(s)     Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ADT Security Services<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | ADT Security Services<br>PO Box 371967<br>Pittsburgh, PA 15250-7967 | Security | Disputed | 1,500.00 |
| American Express<br>Business Gold Card<br>P. O. Box 1270<br>Newark, NJ 07101-1270 | American Express<br>Business Gold Card<br>P. O. Box 1270<br>Newark, NJ 07101-1270 | Credit card purchases (business debt) Construction and Church Expenses | | 10,000.00 |
| American Express<br>Business Management<br>P. O. Box 650448<br>Dallas, TX 75265-0448 | American Express<br>Business Management<br>P. O. Box 650448<br>Dallas, TX 75265-0448 | Credit card purchases (business debt) Construction and Church Expense | | 4,000.00 |
| Baker Roofing of Norfolk<br>P. O. Box 1896<br>Norfolk, VA 23501 | Baker Roofing of Norfolk<br>P. O. Box 1896<br>Norfolk, VA 23501 | Construction Expenses | | 10,000.00 |
| Bank of America<br>PO Box 22031<br>Greensboro, NC 27420 | Bank of America<br>PO Box 22031<br>Greensboro, NC 27420 | Credit card purchases (business debt) Construction & Church Expense | | 33,000.00 |
| Beach Door Service<br>5788 Arrowhead Drive<br>Virginia Beach, VA 23462-3219 | Beach Door Service<br>5788 Arrowhead Drive<br>Virginia Beach, VA 23462-3219 | Construction Expense | | 30,000.00 |
| Bishop Burnell T. Williams<br>c-o One Accord Worship Center<br>460 Investor Place<br>Virginia Beach, VA 23452 | Bishop Burnell T. Williams<br>c-o One Accord Worship Center<br>460 Investor Place<br>Virginia Beach, VA 23452 | Parsonage, Salary (est.) | | 100,000.00 |
| Brooks Electric<br>811 Industrial Avenue<br>Suite 102<br>Chesapeake, VA 23324 | Brooks Electric<br>811 Industrial Avenue<br>Suite 102<br>Chesapeake, VA 23324 | Construction Expense | | 15,000.00 |
| Glass Corporation<br>601 E. 20th Street<br>Norfolk, VA 23504-2353 | Glass Corporation<br>601 E. 20th Street<br>Norfolk, VA 23504-2353 | Construction Expense | | 25,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **One Accord Worship Center**                                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| KBI<br>820 Dryden Street<br>Virginia Beach, VA 23462 | KBI<br>820 Dryden Street<br>Virginia Beach, VA 23462 | Construction Expense | | 1,500,000.00 |
| Maxwell Landscape Service<br>1057 Shillelagh Road<br>Chesapeake, VA 23323 | Maxwell Landscape Service<br>1057 Shillelagh Road<br>Chesapeake, VA 23323 | Construction Expense | | 11,100.00 |
| Ocean Plastering<br>1605 Shenstone Court<br>Virginia Beach, VA 23455 | Ocean Plastering<br>1605 Shenstone Court<br>Virginia Beach, VA 23455 | Construction Expense | Unliquidated | 54,000.00 |
| Othella Matthews<br>9010 Lake Forest Blvd.<br>New Orleans, LA 70127 | Othella Matthews<br>9010 Lake Forest Blvd.<br>New Orleans, LA 70127 | Church Loan | | 140,000.00 |
| Professional Fire Protection Systems<br>5121 Witchduck Court<br>Virginia Beach, VA 23462 | Professional Fire Protection Systems<br>5121 Witchduck Court<br>Virginia Beach, VA 23462 | Construction Expense | | 10,000.00 |
| RSC Equipment Rental<br>3501 Business Center Drive<br>Chesapeake, VA 23323 | RSC Equipment Rental<br>3501 Business Center Drive<br>Chesapeake, VA 23323 | Construction Expense | | 2,400.00 |
| Southern Masonry Inc.<br>P. O. Box 2609<br>Chesapeake, VA 23327 | Southern Masonry Inc.<br>P. O. Box 2609<br>Chesapeake, VA 23327 | Construction Expense | | 10,000.00 |
| Southern Sheet Metal<br>Elm Investments Inc.<br>114 Ploven Drive<br>Suffolk, VA 23434 | Southern Sheet Metal<br>Elm Investments Inc.<br>114 Ploven Drive<br>Suffolk, VA 23434 | Construction Expense | | 15,140.00 |
| Tidewater Services<br>723 Kentucky Ave.<br>Hampton, VA 23661 | Tidewater Services<br>723 Kentucky Ave.<br>Hampton, VA 23661 | Construction Expense | | 14,117.00 |
| WSKY-4 TV<br>920 Corporate Lane<br>Chesapeake, VA 23320 | WSKY-4 TV<br>920 Corporate Lane<br>Chesapeake, VA 23320 | Media Broadcast Expense | | 18,980.00 |
| Xerox Corporation<br>P. O. Box 650361<br>Dallas, TX 75265-0361 | Xerox Corporation<br>P. O. Box 650361<br>Dallas, TX 75265-0361 | Office Equipment Expense | | 10,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **One Accord Worship Center**                                    Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Bishop of the Unincorporated Association named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 4, 2010**                Signature  **/s/ Burnell T. Williams**
                                                  **Burnell T. Williams**
                                                  **Bishop**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

.

ADT Security Services
PO Box 371967
Pittsburgh, PA 15250-7967


American Express
Business Gold Card
P. O. Box 1270
Newark, NJ 07101-1270


American Express
Business Management
P. O. Box 650448
Dallas, TX 75265-0448


Baker Roofing of Norfolk
P. O. Box 1896
Norfolk, VA 23501


Bank of America
PO Box 22031
Greensboro, NC 27420


Bank of the Commonwealth
PO Box 1177
Norfolk, VA 23501


BB&T of Va.
P. O. Box 580050
Charlotte, NC 28258-0050


Beach Door Service
5788 Arrowhead Drive
Virginia Beach, VA 23462-3219


Bishop Burnell T. Williams
c-o One Accord Worship Center
460 Investor Place
Virginia Beach, VA 23452


Brooks Electric
811 Industrial Avenue
Suite 102
Chesapeake, VA 23324

Commonwealth of Virginia
PO Box 2369
Richmond, VA 23218-2369


Conley Storage
416 Greentree Road
Chesapeake, VA 23320


Cox Cable of Hampton Roads
1341 Crossways Blvd.
Chesapeake, VA 23320


Dominion Virginia Power
POB 26543
Richmond, VA 23290-0001


Foundation Capital Resources, Inc.
1661 North Boonville Avenue
Suite F
Springfield, MO 65801


Glass Corporation
601 E. 20th Street
Norfolk, VA 23504-2353


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114-0326


Jane Tucker & David Lannetti, Trustees
Vandeventer Black LLP
500 World Trade Center
101 West Main St, Ste 500
Norfolk, VA 23510-1699


Jeff Moore LLC
468 Investors Place
Suite 102
Virginia Beach, VA 23452


KBI
820 Dryden Street
Virginia Beach, VA 23462

```
Maxwell Landscape Service
1057 Shillelagh Road
Chesapeake, VA 23323


Ocean Plastering
1605 Shenstone Court
Virginia Beach, VA 23455


Othella Matthews
9010 Lake Forest Blvd.
New Orleans, LA 70127


Paul K. Campsen, Esq.
Kaufman & Canoles, PC
150 W. Main Street - Ste 2100
Norfolk, VA 23510


Professional Fire Protection Systems
5121 Witchduck Court
Virginia Beach, VA 23462


RSC Equipment Rental
3501 Business Center Drive
Chesapeake, VA 23323


Southern Masonry Inc.
P. O. Box 2609
Chesapeake, VA 23327


Southern Sheet Metal
Elm Investments Inc.
114 Ploven Drive
Suffolk, VA 23434


Templeton Properties
749 Greentree Circle
Chesapeake, VA 23320


Temprleton Properties
749 Greentree Circle
Chesapeake, VA 23320


Tidewater Services
723 Kentucky Ave.
Hampton, VA 23661
```

```
Verizon
Suite 101
908 Executive Court
Chesapeake, VA 23320-3666


WSKY-4 TV
920 Corporate Lane
Chesapeake, VA 23320


Xerox Corporation
P. O. Box 650361
Dallas, TX 75265-0361
```